UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NORVELL ROLLING,

                       Plaintiff,

                                                    9:09-CV-135
     -v-                                      (DNH/DRH)

MARIA ROTHER, Correctional Officer,
Hudson Correctional Facility; STEVEN M.
ULRICH, Sgt/Lt., Hudson Correctional
Facility; MICHAEL URVAN, Captain,
Hudson Correctional Facility; JEFF McKOY,
Superintendent, Hudson Correctional
Facility; BRIAN FISCHER, Commissioner;
and NYS Dept of Corrections,

                       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                               OF COUNSEL:

NORVELL ROLLING
Plaintiff, Pro Se
P.O. Box 424
Bronx, NY 10467

HON. ERIC T. SCHNEIDERMAN         DAVID L. COCHRAN, ESQ.
New York State Attorney General         Ass't Attorney General
Attorney for Defendants
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

    Plaintiff brought this action pursuant to 42 U.S.C. § 1983.  On July 16, 2012, the

Honorable David R. Homer, United States Magistrate Judge, advised, by Report-Recommendation, that defendants' motion for partial summary judgment be granted, with judgment granted as to all claims against defendants McKoy and Fischer, and judgment granted to defendants Rother, Ulrich, and Urvan on all Eighth Amendment claims regarding the medical treatment Rolling received at Coxsackie Correctional Facility. No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. 636(b)(1).

Therefore it is

ORDERED that

Defendants' motion for partial summary judgment (Dkt. No. 51) is GRANTED;

    (a) All claims against defendants McKoy and Fischer are DISMISSED; and

    (b) All Eighth Amendment claims against defendants Rother, Ulrich, and Urvan regarding the medical treatment plaintiff received at Coxsackie Correctional facility are DISMISSED.

IT IS SO ORDERED.

_____
United States District Judge

Dated: August 14, 2012
       Utica, New York.